28547       State v. Westbrook                 Reversed